UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GARCIA, an individual;<br><br>            Plaintiff,<br><br>    vs.<br><br>UNIVERSAL STUDIOS LLC;<br>UNIVERSAL CITY STUDIOS LLC;<br>SCOTT STROBL and DOES 1 through<br>50, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-03115-HDV (BFMx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>FPTC:            August 26, 2025<br>Trial Date:      September 16, 2025 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:   MARCH 21 , 2025

_____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

154532115.1